# AFFIDAVIT

I, Detective Slade Whetro, being duly sworn, hereby depose and say:

1. I have been a police officer and detective with the Kansas City, Missouri Police Department for approximately 13 years, and am currently assigned to the Special Investigations Unit, Gang Squad. I am cross certified as a Task Force Officer for the Federal Bureau of Investigation ("FBI") Safe Streets Violent Gang Task Force. I am responsible for conducting investigations regarding the illegal possession of firearms, narcotics, and violent crimes.

2. Since 2023 detectives with the Kansas City, Missouri Police Department ("KCMOPD") have been monitoring Kansas City street gangs. DARON L. FRY ("FRY") (DOB: 04/08/2005), is an associate of the 356 Gang, the 4 Door Mob (4DM), and the Big Body Gangway (BBG), who are allied gangs.

3. During August of 2026, detectives were monitoring Daron L. FRY's open-source Instagram account (2700.srt). Detectives observed FRY make several posts on his story advertising the sale of narcotics. On August 24, 2026, FRY posted a story advertising both the amount and price of drugs he intended to sell. The second story FRY posted stated "I'm pluggin everything td, phone emoji." On August 25, 2026, FRY posted on his story stating, "Throwing extra if you grabbing more that a 8th, I'm mobile all day pushing up everywhere for everything, phone emoji, fire emoji, GLUE." Based on my training and experience I know these posts to be consistent with the advertisement of narcotics sales. Glue is a slang term for marijuana but the other posts refer to a variety of narcotics.

4. FRY is currently on felony probation for tampering with a motor vehicle and resisting arrest in Jackson County, Missouri, Case Number 2316-CR04122-01, for which he received a four-year suspended execution of sentence and 5 years' probation. FRY is also on felony

probation for unlawful possession of a firearm, in Jackson County Case Number 2416-CR01937-01, for which he received a seven-year suspended execution of sentence, and four years' probation FRY provided the address of 4932 Walrond Avenue, Kansas City, Missouri, to his probation officer. In addition, FRY is currently on bond for a Clay County, Missouri domestic violence in the 3rd degree charge in Case Number 25CY-CR03666 for which he posted a $25,000 bond.

5. On August 25, 2026, detectives began conducting surveillance at 4932 Walrond Avenue, Kansas City, Missouri, to locate FRY and arrest him on his four outstanding Kansas City municipal warrants. A black in color 2012 Chrysler 300 bearing Missouri temporary tag number 008QQ7P was parked in the driveway of the residence. A computer check of the Missouri temporary tag 008QQ7P responded back to Daron L. FRY, showing an address of 4932 Walrond Avenue, Kansas City, Missouri.

6. Detectives observed an unknown female ("S.L.") arrive in a Dodge Charger and walk inside 4932 Walrond Avenue. Detectives never observed S.L. have any contact with the trunk of FRY's black 2012 Chrysler 300 parked in the driveway of the residence.

7. Detectives then observed FRY and S.L exit 4932 Walrond Avenue. FRY got into the driver's seat and S.L. got into the front passenger seat of the black 2012 Chrysler 300. Detectives surveilled the two as they drove around the city, until they arrived in a parking lot on the southwest corner of West 39th Street and Southwest Trafficway, Kansas City, Jackson County, Missouri. Both FRY and S.L. then exited the vehicle and walked to 809 West 39th Street #110.

8. KCMOPD SWAT officers were then called in to place FRY under arrest. FRY was placed under arrest without incident. K9 Rox and Officer Bartlett then walked around the black 2012 Chrysler 300 for any indication of narcotics odor. K9 Rox gave an alert on the driver's side door.

9. A search of the vehicle revealed a black backpack behind the center console in the rear passenger floorboard. Inside of the backpack was a plastic baggy containing approximately 44.83 grams of marijuana, a box of plastic sandwich baggies, and a black digital scale. In the trunk of the vehicle was a gray backpack. Inside of the backpack were two AR style magazines. One magazine was loaded with 42 live rounds of Hornaday 300 blackout ammunition, the other was loaded with 10 live rounds of 5.56 caliber ammunition with green bullet tips. Three rounds of the 5.56 caliber ammunition were stamped LC25, three rounds were stamped LC16, one round was stamped LC24, and three rounds were stamped MON 5.56x45.

10. FRY was transported to KCMOPD East Patrol Detention. During a post *Miranda* interview, FRY admitted to being a felon and knowing he should not possess any firearms or ammunition. FRY also admitted to being on probation and knew he had active warrants for his arrest. FRY admitted the black 2012 Chrysler 300 was his vehicle, but stated the ammunition located in the trunk was not his. Believing the actual firearm belonging to the magazines in the car might be at FRY's residence, FRY was asked if he would consent to detectives searching his room at 4932 Walrond Avenue. FRY provided a written consent for his room at 4932 Walrond Avenue and described where his room was located in the residence. This interview was recorded with video and audio.

11. Detectives responded to 4932 Walrond Avenue and contacted FRY's mother. I informed her that FRY was currently under arrest and had given us written consent to search his room. A search of FRY's bedroom revealed a Glock .40 caliber handgun magazine containing nineteen live rounds of .40 caliber ammunition was located in the drawer of a nightstand. A plastic bag containing 162.13 grams of marijuana was located on the bed. Detectives located a black and silver AR15 style pistol under the bed, which was loaded with a forty-round magazine containing thirty-seven live rounds of 5.56 ammunition. The headstamps on the 5.56 ammunition were LC

26, and the bullets had green tips similar to the ammunition located in the trunk of FRY's Chrysler 300. Paperwork with FRY's name on it was observed under the bed and sporadically around the room.

12. While observing the AR style pistol, I opened the upper and lower receiver in an attempt to determine a manufacturer. While doing so, I observed what appeared to be a 3D printed auto sear. Based on my training and experience, I know this auto sear functions to convert a semi-automatic AR style pistol into a fully automatic weapon.

13. A second post *Miranda* interview was conducted with FRY at KCMOPD East Patrol Detention. During the interview, FRY admitted the marijuana located in his bedroom was his. FRY stated he knew the Glock 40 caliber handgun magazine was in the top drawer of the nightstand and had been there for approximately four months, but someone else had placed it there. When I asked FRY about the AR style pistol located underneath his bed he denied any knowledge of the AR pistol. FRY stated someone else must have placed it there.

14. A nexus expert from the Bureau of Alcohol, Tobacco, Firearms and Explosives determined that the 5.56 ammunition, 300 blackout ammunition, and .40 caliber ammunition were manufactured outside the state of Missouri and therefore travelled in interstate commerce prior to its seizure in Missouri on August 25, 2026.

15. FRY has been convicted of the following felonies:

- On December 15, 2023, FRY was convicted of felony resisting arrest, Jackson County Circuit Court, Case Number 2316CR0412201.
- On December 15, 2023, FRY was convicted of felony tampering with a motor vehicle 1st degree, Jackson County Circuit Court, Case Number 2316CR0412201.

- On September 24, 2024, FRY was convicted of felony unlawful possession of a firearm, Jackson County Circuit Court, Case Number 2416CR0193701.

FURTHER AFFIANT SAYETH NAUGHT.

Slade Whetro

Slade Whetro
Detective
Kansas City, Missouri Police Department
TFO Federal Bureau of Investigation

Subscribed and sworn to ~~before me~~ this 26th day of August 2026
By telephone

Jill A. Morris

HONORABLE JILL A. MORRIS
United States Magistrate Judge
Western District of Missouri